1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:16-cv-00942-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 3)<br><br>TWENTY DAY DEADLINE |

Plaintiff Maria Maldonado ("Plaintiff") filed the complaint in this action on June 29, 2016, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates that she is receiving monetary assistance which is well above the poverty threshold for a family of one.  (ECF No. 3.)  Based upon the application presented, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) − AO 239.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.  Plaintiff may obtain the form at http://www.uscourts.gov/forms/civil-forms.

Based upon the foregoing, it is HEREBY ORDERED that:

1.     Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed

Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3.      If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **July 5, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

2