UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MALDONADO,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant | Case No.:   1:16-cv-00942-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR PLAINTIFF TO SERVE LETTER BRIEF |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　1.　　Plaintiff shall serve her confidential letter brief on or before March 4, 2017; and

　　2.　　All dates in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:　**January 20, 2017**

_____
UNITED STATES MAGISTRATE JUDGE

-1-