# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (FRESNO)

| | |
|---|---|
| MARIA MALDONADO,<br><br>    Plaintiff,<br><br>    v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 1:16-cv-00942-SAB<br><br>ORDER RE AMENDED JOINT<br>STIPULATION<br>FOR EXTENSION OF TIME<br><br>(ECF No. |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.  Defendant shall file her responsive brief on or before July 5, 2017; and

2.  Plaintiff's reply, if any, shall be filed on or before July 21, 2017.

IT IS SO ORDERED.

Dated: **May 31, 2017**

UNITED STATES MAGISTRATE JUDGE

1